# Shepherd v. Story.

### Detinue.

1. *Detinue; what judgment works no injury to plaintiff in.*—A plaintiff failing in a detinue suit, cannot complain that the jury failed to assess the alternate value of the property, and damages for its detention. Such judgment may work injury to the defendant, but can work no injury to the plaintiff.

[Scott v. Hodges.]

APPEAL from Pickens Circuit Court.

Tried before Hon. LUTHER R. SMITH.

This was an action of detinue, commenced by the appellant, John Shepherd, against the appellee, S. M. Story, for the recovery of certain personal property. The defendant failing to give bond, the appellant executed the statutory bond, and obtained possession of the property seized. On the trial, the jury rendered a verdict for the defendant, but there being no proof of the value of the property sued for, there was a failure to assess the alternate value of the property or damages for its detention. Thereupon the court rendered a judgment in favor of the defendant for the property sued for, with costs. This appeal is prosecuted from that judgment.

LEWIS M. STONE, and D. C. HODO, for appellant.

BRICKELL, C. J.—We cannot perceive that the failure of the jury to assess the value of the property and damages for its detention, can work any injury to the appellant. It may be of injury to the appellee, and may embarrass, if it does not bar his right to recover damages for the detention of the property during the time it was in the possession of the appellant, but to the latter it can work no injury.

Affirmed.